**FILED**

Jun 12 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | | | |
|---|---|---|---|---|
| **CASE NAME:** | | | **CASE NUMBER:** | |
| **USA v.** MINGRAN WANG | | | **CR** 4:26-cr-00288 HSG | |
| **Is This Case Under Seal?** | **Yes** | **No** ✓ | | |
| **Total Number of Defendants:** | **1** ✓ | **2-7** | **8 or more** | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✓ | | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** | **OAK** ✓ | **SJ** | |
| **Is this a potential high-cost case?** | **Yes** | **No** ✓ | | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✓ | | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✓ | | |
| **Assigned AUSA (Lead Attorney):** Amanda F. Lingwood | | | **Date Submitted:** 06/11/2026 | |

**Comments:**

RESET FORM SAVE PDF