LORINDA I. LARYEA
Chief, Fraud Section

MATTHEW REILLY
Acting Assistant Chief, Fraud Section
AMANDA F. LINGWOOD
Trial Attorney, Fraud Section

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue N.W.
Washington, D.C. 20005
Matthew.Reilly2@usdoj.gov
Amanda.Fretto.Lingwood@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MINGRAN WANG,<br><br>Defendant. | NO. 4:26-CR-288-HSG<br><br>STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING |

The Fraud Section of the United States Department of Justice's Criminal Division (hereafter "the government") and Defendant Wang have entered into a plea agreement and reached an agreed resolution in this matter, and the parties jointly request the Court set a change of plea hearing on June 24, 2026.

On or about March 31, 2026, pursuant to the plea agreement, the defendant agreed to plead guilty to Count 1 of the captioned Information charging him with Use of Interstate Commerce for the Purpose of Securities Fraud in violation of 15 U.S.C. §§ 77q(a) and 77x. The parties lodged the plea agreement with the Court on or about June 12, 2026. Because the parties entered into the plea agreement on or about March 31, there is significant interest in seeing that the defendant's case is resolved as expeditiously as possible. Undersigned government counsel is the assigned prosecutor and

is coordinating travel from Washington, D.C. to appear in person for the hearing. The parties conferred regarding availability for arraignment and the change of plea hearing and are available on June 24, 2026. This matter is currently set for initial appearance and arraignment on June 24, 2026, at 10:30 a.m. in Courtroom 4 before the Honorable Alex G. Tse. The parties therefore jointly stipulate and request that the Court set a change of plea hearing for June 24, 2026.

Undersigned government counsel certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 18, 2026

*/s/ Amanda Lingwood*
AMANDA F. LINGWOOD
Trial Attorney, Fraud Section

DATED: June 18, 2026

*/s/ Amy Craig*
AMY CRAIG
Counsel for Defendant

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and for good cause shown, the change of plea hearing is set for June 24, 2026, at ____ p.m.

IT IS SO ORDERED.

DATED: ____________________

______________________________
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge