AMY E. CRAIG (SBN 269339)
amy@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorney for Defendant Mingran Wang

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MINGRAN WANG,

Defendant.

Case No.: 4:26-cr-00288 HSG

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

On July 16, 2026, the government filed an Unopposed Motion to Authorize Alternative Victim Notification Procedures. *See* Dkt. 12. On Monday, July 20, 2026, the Court issued a Clerk's Notice setting a status conference on July 29, 2026, at 2:00 p.m. in connection to the government's motion. *See* Dkt. 13.

Counsel for Mr. Wang will be out of state on Wednesday, July 29 for a family reunion. The parties have met and conferred and are both available to appear for a status conference on Wednesday, August 12 at 2:00 p.m. Accordingly, the parties respectfully ask the Court to continue the status conference in Mr. Wang's matter from July 29, 2026 until August 12, 2026, at 2:00 p.m.

//

IT IS SO STIPULATED.

Dated: July 22, 2026

Respectfully submitted,

*/s/ Amy Craig*

AMY CRAIG
Ehrlich & Craig LLP

Counsel for Mingran Wang

Dated: July 22, 2026

*/s/ Amanda F. Lingwood*
AMANDA F. LINGWOOD
Assistant United States Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>MINGRAN WANG,<br><br>Defendant. | Case No.: 4:26-cr-00288 HSG<br><br>**[PROPOSED] TO CONTINUE STATUS CONFERENCE** |

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that defendant Mingran Wang's status conference hearing currently set for July 29, 2026, at 2:00 p.m., be continued to August 12, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: ____________________

______________________________________
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge